UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KARLY KYZAR, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                                       **NO. 19-521-JWD-RLB**

**BARCO ENTERPRISES,**
**INC., ET AL.**

**STIPULATION REGARDING DEFENDANTS' MOTIONS TO DISMISS AND COMPEL ARBITRATION (REC. DOCS 12 AND 19)**

On September 25, 2019, Defendants Barco Enterprises Inc. and Logan McCoy filed their Motion to Compel Arbitration with respect to the claims of Plaintiffs Karly Kyzar, Sarah Little, and Elizabeth Pruitt ("Plaintiffs") (Rec. Doc. 12).  On October 21, 2019, Defendants John D'Antoni and Michael Ryan filed their Motion to Compel Arbitration (Rec. Doc. 19) (the "Motions").

Plaintiffs responded to the Motions on October 30, 2019 (Rec. Doc. 22) and November 11, 2019. (Rec. Doc. 23).

Defendants' Reply deadline on their first Motion is November 13, 2019.  In lieu of further briefing, the parties submit the following stipulation as to the disposition of the Motions:

Defendants have agreed to a stay, rather than dismissal, of Plaintiffs' claims in exchange for Plaintiffs' agreement that any further pursuit of their claims will require that they proceed in arbitration based on certain initial terms to which the parties have agreed and which have been memorialized separately in writing.

The parties agree to the conditions of this stipulation, including the initial terms referenced herein. Should any disagreement or issue regarding interpretation or enforcement of this stipulation arise, the parties agree to submit that dispute to this Court.

                                            Respectfully submitted,

| | |
|---|---|
| */s/* Daniel B. Davis | */s/* Christine M. White |
| Randall E. Estes (La. Bar No. 22359) | |
| Daniel B. Davis (La. Bar No. 30141) | Christine M. White (La. Bar No. 28804) |
| Vivian Jeansonne (La. Bar No. 37177) | Baker, Donelson, Bearman, Caldwell |
| Estes Davis Law, LLC |   & Berkowitz, PC |
| 850 North Boulevard | 201 St. Charles Avenue - Suite 3600 |
| Baton Rouge, LA 70802 | New Orleans, LA 70170 |
| Telephone: (225) 336-3394 | Telephone: (504) 566-8634 |
| Facsimile: (225) 384-5419 | Facsimile: (504) 636-4000 |
| E-mail: dan@estesdavislaw.com | E-mail: cmwhite@bakerdonelson.com |

**COUNSEL FOR PLAINTIFFS**                 AND

                                            Jennifer L. Anderson (La. Bar No. 23620)
                                            Baker Donelson Bearman Caldwell
                                              & Berkowitz, PC
                                            450 Laurel Street, 21st Floor
                                            Baton Rouge, LA 70801
                                            Telephone: (225) 381-7020
                                            Facsimile: (225) 343-3612
                                            E-mail: jlanderson@bakerdonelson.com

                                            **COUNSEL FOR DEFENDANTS**